Cyrus Safa
Attorney at Law: 282971
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)437-7006
Fax: (562)432-2935
E-Mail: rohlfing.office@rohlfinglaw.com

Gerald Welt
Nevada Bar No: 1575
Law Offices of Gerald M. Welt
411 E. Bonneville Avenue, #505
Las Vegas, NV 89101
Tel: (702) 382-2030
(702) 684-5157
E-mail: gmwesq@weltlaw.com; kwp@weltlaw.com

Attorneys for Plaintiff
ROBYN ALISE COHEN

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ROBYN ALISE COHEN | Case No.: 2:21-cv-00031-VCF |
| Plaintiff, | STIPULATION TO EXTEND TIME TO FILE MOTION FOR REVERSAL OR REMAND |
| v. | |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | (FIRST REQUEST) |
| Defendant. | |

Plaintiff Robyn Alise Cohen and Defendant Kilolo Kijakazi, Acting Commissioner of Social Security, through their undersigned attorneys, stipulate,

-1-

subject to this court's approval, to extend the time by 35 days from August 11, 2021 to September 15, 2021 for Plaintiff to file a Motion for reversal or remand, with all other dates in the Court's order extended accordingly. This is Plaintiff's first request for an extension. This request is made at the request of Plaintiff's counsel to allow additional time to fully research the issues presented. Plaintiff makes this request due to a recent spike in workload as a result of the re-opening.

DATE: August 6, 2021                    Respectfully submitted,

                                                    LAWRENCE D. ROHLFING

                                                    /s/ *Cyrus Safa*

BY: _____
     Cyrus Safa
     Attorney for plaintiff Robyn Alise Cohen

DATE:  August 6, 2021

                                                  CHRISTOPHER CHIOU
                                                  Acting United States Attorney

                                                    /s/ *Allison J. Cheung*

BY: _____
     Allison J. Cheung
     Special Assistant United States Attorney
     Attorneys for defendant Kilolo Kijakazi,
     Acting Commissioner of Social Security
     |*authorized by e-mail|

IT IS SO ORDERED.

DATE  8-10-2021

_____
THE HONORABLE CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

-2-

**CERTIFICATE OF SERVICE**
**FOR CASE NUMBER 2:21-CV-00031-VCF**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for this court by using the CM/ECF system on August 6, 2021.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Cyrus Safa*
_____

Cyrus Safa
Attorneys for Plaintiff