Cyrus Safa
Nevada Bar No: 13241
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 868-5886
Fax: (562) 868-5491
E-mail rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Robyn Alise Cohen

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ROBYN ALISE COHEN, | Case No.: 2:21-cv-00031-VCF |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER FOR THE AWARD AND PAYMENT OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) AND NO COSTS PURSUANT TO 28 U.S.C. § 1920 |
| vs. | |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| Defendant. | |

TO THE HONORABLE CAM FERENBACH, MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Robyn Alise Cohen be awarded attorney fees and expenses in the amount of three thousand nine hundred fifty-two dollars and eighty three cents ($3,952.83) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), and no costs under 28 U.S.C. § 1920. This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920; 2412(d).

After the Court issues an order for EAJA fees to Robyn Alise Cohen, the government will consider the matter of Robyn Alise Cohen's assignment of EAJA fees to Cyrus Safa. The retainer agreement containing the assignment is attached as exhibit 1. Pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521, 2529 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program. After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to Robyn Alise Cohen, but if the Department of the Treasury determines that Robyn Alise Cohen does not owe a federal debt, then the government shall cause the payment of fees, expenses to be made directly to Law Offices of Lawrence D. Rohlfing, Inc., CPC, pursuant to the assignment executed by Robyn Alise Cohen.[1] Any payments made shall be delivered to Cyrus Safa.

This stipulation constitutes a compromise settlement of Robyn Alise Cohen's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise. Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Robyn Alise Cohen and/or Cyrus Safa including Law Offices of Lawrence D. Rohlfing, Inc., CPC may have relating to EAJA attorney fees in connection with this action.

This award is without prejudice to the rights of Cyrus Safa and/or the Law Offices of Lawrence D. Rohlfing, Inc., CPC to seek Social Security Act attorney

---

[1] The parties do not stipulate whether counsel for the plaintiff has a cognizable lien under federal law against the recovery of EAJA fees that survives the Treasury Offset Program.

fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

DATE: June 9, 2022        Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC

BY: /s/ *Cyrus Safa*
_____
Cyrus Safa
Attorney for plaintiff Robyn Alise Cohen

DATE: June 9, 2022

JASON M. FRIERSON
United States Attorney

/s/ *Allison J. Cheung*
_____
ALLISON J. CHEUNG
Special Assistant United States Attorney
Attorneys for Defendant KILOLO KIJAKAZI,
Acting Commissioner of Social Security
(Per e-mail authorization)

IT IS SO ORDERED

DATE:
6-10-2022
_____
THE HONORABLE CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

-3-